STATE OF NEW JERSEY v. GARY J. REYNOLDS.

November 21, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS DAVID CHAPPEE.

November 21, 1986.

Petition for certification denied.   (See 211 *N.J.Super.* 321)

STATE OF NEW JERSEY v. GLEN FULLER.

November 21, 1986.

Petition for certification denied.   (See 211 *N.J.Super.* 321)

ROBERT C. ZABITA v. CHATHAM SHOP RITE, INC., AND
SECOND INJURY FUND.

November 21, 1986.

Petition for certification granted.